IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

WARREN L. OLIVER,

      Petitioner,

v.                                Case No. 5D17-786

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed June 16, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Warren L. Oliver, Daytona Beach, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee Tatman, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the February 1, 2017 resentencing in Case No. 97-CF-1882-A, in the Circuit Court in and for Seminole County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).


      PETITION GRANTED.


COHEN, C.J., SAWAYA and BERGER, JJ., concur.